**GREENBAUM OLBRANTZ** LLP

Casey Olbrantz
244 Fifth Avenue, Suite C221
New York, NY 10001
casey@greenbaumolbrantz.com
646-818-0913 (Direct)

September 16, 2025

**Via ECF**

Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Meyer v. Delta Air Lines, Inc.*, Case 1:25-cv-04608-RER-SDE

Dear Judge Reyes,

I write on behalf of both parties in the above-captioned action concerning Defendant Delta Air Lines, Inc.'s letter, dated September 15, 2025 (ECF 10), seeking a pre-motion conference in contemplation of filing a motion to dismiss the complaint under Rules 12(b)(6) and 12(f).

We write to inform the Court that, because Delta's letter serves as a responsive motion under Rule IV.A.2 of the Court's Individual Practice Rules, plaintiff intends to respond to Delta's letter by serving an amended complaint pursuant to Rule 15(a)(1)(B). Thereafter, absent further guidance from the Court, the parties intend to proceed with filing pre-motion letters directed to the amended complaint pursuant to Rule 15(a)(3) and the Court's Individual Practice Rules.

Alternatively, if the Court determines that judicial economy would be better served by proceeding directly to full briefing on Delta's contemplated motion to dismiss after the amended complaint is filed, the parties are prepared to do so in accordance with the following stipulated schedule:

1. Delta files its motion to dismiss within 21 days after the amended complaint is filed;
2. Plaintiff files his opposition within 21 days after Delta's motion to dismiss is filed; and
3. Delta files its reply within 10 days after plaintiff's opposition is filed.

We thank the Court for its attention to this matter.

Very truly yours,

Casey J. Olbrantz

cc: Carter E. Greenbaum, *Counsel for Nicholas Meyer*
Matthew Noller, *Counsel for Delta Air Lines, Inc.*
Alvina Pillai, *Counsel for Delta Air Lines, Inc.*