**GREENBAUM OLBRANTZ** LLP

**Casey Olbrantz**
244 Fifth Avenue, Suite C221
New York, NY 10001
casey@greenbaumolbrantz.com
646-818-0913 (Direct)

November 12, 2025 | Via ECF

Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Bernardo v. Delta Air Lines, Inc.*, Case 1:25-cv-04608-RER-SDE

Dear Judge Reyes,

Pursuant to the Court's directive at last week's pre-motion conference (ECF 20), the parties have stipulated to the following briefing schedule for Delta's motion to dismiss plaintiffs' First Amended Class Action Complaint:

1. Delta serves its motion to dismiss by December 9, 2025;
2. Plaintiffs serve an opposition within 33 days after service of the motion to dismiss;
3. Delta serves its reply within 15 days after service of the opposition.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Casey Olbrantz*
Casey J. Olbrantz

cc:   Carter E. Greenbaum, *Counsel for Plaintiffs*
      Ken Fowler, *Counsel for Delta Air Lines, Inc.*
      Matthew Noller, *Counsel for Delta Air Lines, Inc.*