# Matt Noller

| | |
|---|---|
| **From:** | Matt Noller |
| **Sent:** | Tuesday, December 9, 2025 10:36 PM |
| **To:** | Casey Olbrantz; Carter Greenbaum |
| **Cc:** | Ken Fowler |
| **Subject:** | Bernardo v. Delta |
| **Attachments:** | Bernardo v. Delta - Motion to Dismiss FAC.pdf; Bernardo v. Delta - MTD Declaration.pdf; Ex. 1 - 2024.10.28 - Delta Contract of Carriage Rules.pdf; Ex. 2 - 2025.01.22 - Delta Contract of Carriage Rules.pdf; Ex. 3 - 2025.05.15 - Delta Contract of Carriage Rules.pdf; Ex. 4 - 2025.05.21 - Delta Contract of Carriage Rules.pdf; Ex. 5 - FAC.pdf |

Counsel,

Please find attached Delta's motion to dismiss and supporting materials.

Best,
Matt

---

**Matt Noller**
*Counsel*

T: +1  415 318 1242 | mnoller@kslaw.com | Bio | vCard

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111



kslaw.com