# Casey Olbrantz

| | |
|---|---|
| **From:** | Casey Olbrantz |
| **Sent:** | Monday, January 12, 2026 11:58 PM |
| **To:** | Ken Fowler; Matt Noller; James Butler |
| **Cc:** | Carter Greenbaum; Giorgio Traini |
| **Subject:** | Bernardo v. Delta |
| **Attachments:** | Plaintiffs' Opposition to Delta's MTD.pdf; Olbrantz Declaration.pdf; Ex. 1 - Transcript.pdf |

Hi Ken, Matt, and James,

Please find attached plaintiffs' opposition to Delta's motion to dismiss.

Thanks very much,

**Casey Olbrantz**
**Greenbaum Olbrantz LLP**
casey@greenbaumolbrantz.com
NYC | 646-818-0913

---

**Confidentiality Notice:**

This message and any attachments are confidential and may be privileged.

If you are not the intended recipient, please notify the sender immediately and delete this email.

Any unauthorized use, disclosure, or distribution is prohibited.