# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANTHONY BERNARDO, NICHOLAS MEYER, LEAH ROBERTS, and JUSTIN VALENTINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIR LINES, INC.<br><br>*Defendant*. | Case No.: 1:25-cv-04608-RER-SDE |

## DELTA AIR LINES, INC.'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Delta Air Lines, Inc., by and through its undersigned counsel, will and hereby does move this Court before the Honorable Ramon E. Reyes, Jr., at the U.S. District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' First Amended Complaint. The basis for this motion is that Plaintiffs fail to plead sufficient facts to state a claim for breach of contract, breach of the implied covenant of good faith and fair dealing, or promissory estoppel. This motion is based on the accompanying Memorandum of Law; the Declaration of Matthew Noller and exhibits; the pleadings, papers, and records on file in this case; and such oral argument as may be presented.

DATED: December 9, 2025.

/s/ Matthew V.H. Noller
Matthew V.H. Noller (NY Bar No. 5288998)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
mnoller@kslaw.com

Kenneth Fowler (NY Bar No. 5272109)
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
kfowler@kslaw.com