**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY BERNARDO, NICHOLAS MEYER, LEAH ROBERTS, and JUSTIN VALENTINE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DELTA AIR LINES, INC.<br><br>     *Defendant*. | Case No.: 1:25-cv-04608-RER-SDE |

**DECLARATION OF MATTHEW NOLLER IN SUPPORT OF
DELTA AIR LINES, INC.'S MOTION TO DISMISS COMPLAINT**

**DECLARATION**

I, Matthew V.H. Noller, declare as follows:

1.        I am a member of the New York State Bar (No. 5288998) and the bar of this Court, a counsel in the law firm of King & Spalding LLP, and counsel of record for Defendant Delta Air Lines, Inc., in this action. This Declaration is made in support of Delta's Motion to Dismiss. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2.        Attached as **Exhibit 1** is a true and correct copy of Delta's Contract of Carriage Rules, known as the Conditions of Carriage, effective October 28, 2024.

3.        Attached as **Exhibit 2** is a true and correct copy of Delta's Contract of Carriage Rules, known as the Conditions of Carriage, effective January 22, 2025.

4.        Attached as **Exhibit 3** is a true and correct copy of Delta's Contract of Carriage Rules, known as the Conditions of Carriage, effective May 15, 2025.

5.        Attached as **Exhibit 4** is a true and correct copy of Delta's Contract of Carriage Rules, known as the Conditions of Carriage, effective May 21, 2025.

6.        Although each of Exhibits 1-4 is a different version of Delta's Contract of Carriage Rules, known as the Conditions of Carriage, the provisions relevant to Delta's Motion to Dismiss are consistent across each version.

7.        Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' First Amended Complaint in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of December 2025, in Kensington, California.

By: */s/ Matthew V.H. Noller*

MATTHEW V.H. NOLLER