**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Anthony Bernardo, Nicholas Meyer, Leah Roberts, and Justin Valentine,**

*individually and on behalf of all others similarly situated*,

       Plaintiffs,

— *against* —

**Delta Air Lines, Inc.,**

       Defendant.

No. 25-CV-4608 (RER) (SDE)

## Declaration of Casey Olbrantz

I, Casey Olbantz, declare as follows:

1.      I am a partner at the law firm Greenbaum Olbrantz LLP, counsel for the plaintiffs in the above-captioned action. I am licensed to practice in New York, and am admitted to practice before this Court. I submit this declaration in support of plaintiffs' opposition to Delta's motion to dismiss the First Amended Complaint, served December 10, 2025.

2.      A true and correct copy of the transcript for the pre-motion conference before the Court concerning Delta's motion to dismiss, which was held on November 6, 2025, is attached as Exhibit 1.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date:  January 12, 2026

                            _____
                                     Casey Olbrantz