# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**Anthony Bernardo, Nicholas Meyer, Leah Roberts, and Justin Valentine,**

*individually and on behalf of all others similarly situated*,

Plaintiffs,

— *against* —

**Delta Air Lines, Inc.,**

Defendant.

No. 25-CV-4608 (RER) (SDE)

**Notice Of Voluntary Dismissal Under FRCP 41(A) of the Claims of Individual Plaintiff Nicholas Meyer**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Meyer voluntarily dismisses his claims in this action without prejudice. This Notice leaves unaffected the claims of separately named Plaintiffs Anthony Bernardo, Leah Roberts, and Justin Valenine, and of the unnamed putative absent class members. Meyer's dismissal under Rule 41(a)(1)(A)(i) is proper without further Court Order because the Defendant has not served an answer and no class has been certified.

Respectfully Submitted:

May 15, 2026
New York, New York

**GREENBAUM OLBRANTZ LLP**

Casey J. Olbrantz
Carter E. Greenbaum
244 Fifth Avenue, Suite C221
New York, NY 10001
646-818-0913
casey@greenbaumolbrantz.com
carter@greenbaumolbrantz.com

*Counsel for Plaintiffs*